# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHNNIE MAE WEARY,**

        **Plaintiff,**

**-vs-**                               **Case No. 6:11-cv-1599-Orl-31DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

# ORDER

This cause comes before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 27) filed August 26, 2011.

On August 8, 2012, the United States Magistrate Judge issued a report (Doc. No. 28) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED.**

2. The Plaintiff's Uncontested petition for Attorney's Fees is GRANTED. the Clerk is directed to enter judgment for Plaintiff in the amount of $4,225.33 for attorney's fees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 23rd day of August, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE